PD-0925-15

COA # 08-13-00138-CR    OFFENSE: 19.03

STYLE: Dalton James Bennett, Jr. a/k/a Dalton James Bennett v. The State of Texas    COUNTY: Tarrant

COA DISPOSITION: Modify/Affirm    TRIAL COURT: 372nd District Court

DATE: 6/30/15    Publish: YES    TC CASE #: 1244131D

# IN THE COURT OF CRIMINAL APPEALS

## ELECTRONIC RECORD

STYLE: Dalton James Bennett, Jr. a/k/a Dalton James Bennett v. The State of Texas    CCA #: PD-0925-15

_Appellant's_ Petition

FOR DISCRETIONARY REVIEW IN CCA IS:

_Refused_

DATE: _11/04/2015_

JUDGE: _Per Curiam_

CCA Disposition: _____

DATE: _____

JUDGE: _____

SIGNED: _____ PC: _____

PUBLISH: _____ DNP: _____

------------------------

_____ MOTION FOR

REHEARING IN CCA IS: _____

JUDGE: _____